DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATIENCE SILAS,**
Appellant,

v.

**ANTONIO PALMER,**
Appellee.

No. 4D2023-1262

[February 1, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lauren Alperstein, Judge; L.T. Case No. FMCE20007277.

Patience Silas, Green Acres, pro se.

Steven P. Spann of Orshan, Spann & Fernandez-Mesa, Coral Cables, Mark E. Sawicki of the Law Offices of Mark E. Sawicki, P.A., and Angela E. Gerlach of Gerlach Law, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***